**DISMISS; and Opinion Filed March 31, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00848-CV

**KYLE BROWN, SR., Appellant**
**V.**
**RHONDA BROWN, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-076565**

## MEMORANDUM OPINION

Before Chief Justice Wright, and Justices Lang-Miers and Brown
Opinion by Justice Lang-Miers

Both the filing fee and the clerk's record in this case are overdue. By postcard dated June 21, 2013, we notified appellant the $175 filing fee was due. We directed appellant to remit the fee within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. By letter dated January 23, 2014, we informed appellant that we had been notified by the Dallas County District Clerk that the clerk's record in this case had been prepared but had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide the Court with written verification that he had paid for or made arrangements to pay for the clerk's record or that he had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that if we did not receive the required verification, we might dismiss the appeal without further notice. To

date, appellant has not paid the filing fee, provided the required verification, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 37.3(b); 42.3(b), (c).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

130848F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KYLE BROWN, SR., Appellant

No. 05-13-00848-CV          V.

RHONDA BROWN, Appellee

On Appeal from the 255th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-10-076565.
Opinion delivered by Justice Lang-Miers.
Chief Justice Wright and  Justice Brown
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee RHONDA BROWN recover her costs of this appeal from appellant KYLE BROWN, SR..

Judgment entered this 31st day of March, 2014.

/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE